UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|     Petitioner,            ) | |
|                                              ) | No. 1:16-mc-129 |
| -v-            ) | |
|                                              ) | HONORABLE PAUL L. MALONEY |
| DENNIS F. JONES,            ) | |
|     Respondent.            ) | |
| _____) | |

## **JUDGMENT**

In accordance with the final order entered on this date (ECF No. 7), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  January 13, 2017           /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge